1.05 cu41 w JG

# HAMBERLIN, ET AL. v. OWENS-ILLINOIS, INC., ET AL.

## EXHIBIT "A" TO FIRST AMENDED COMPLAINT

Abney Mills
Through its Agent for Service of Process:
Paul Carter
Puckett Ferry Road or 801 Reynolds Street
Greenwood, South Carolina 29648

Albany International
Through its Agent for Service of Process:
C.T. Corporation
8550 United Plaza Boulevard
Baton Rough, Louisiana 70809

Allied Equipment, Inc.
Highway 80 W
Jackson, Mississippi

AMCHEM
A Foreign Corporation
c/o C. T. Corporation Systems
631 Lakeland Drive
Flowood, Mississippi  39208

American Standard, Inc., a Delaware Corporation
c/o C T Corporation Systems
631 Lakeland East Drive
Flowood, Mississippi 39208

American Sterilizer
c/o C T Corporation Systems
631 Lakeland East Drive
Flowood, Mississippi  39208

Anco Insulations, Inc.
c/o Its Agent for Service of Process:
Thomas E. Balhoff
Roedel Parson Koch & Frost
8440 Jefferson Highway, Suite 301
Baton Rouge, Louisiana 70809-7652

A. W. Chesterton Company
A Massachusetts Corporation
Route 93, Middlesex Industrial Park
Stoneham, Massachusetts 02182

Asarco
c/o Its Agent for Service of Process:
The Corporation Company
2000 Interstate Park Dr. Suite 204
Montgomery, Alabama 36109

Ashland, Inc. F/K/A Ashland Oil, Inc.
c/o C. T. Corporation Systems
631 Lakeland East Drive
Flowood, Mississippi 39232

Asten-Hill
A Delaware Corporation
1635 Market Street, Suite 1120
Philadelphia, Pennsylvania 19103

Asten, Inc.
c/o Its Registered Agent:
Corporation Service Company
320 Somerulos Street
Baton Rouge, Louisiana 70802

Asten Johnson, Inc.
c/o Its Registered Agent:
William Finn
Highway 15 North
Walterboro, South Carolina 29488

Belmont Packing Company
2661 Audubon Road
Audubon, Pennsylvania 19407

BF Goodrich
c/o CT Corporation Systems
225 Hillsborough Street
Raleigh, North Carolina 27603

Bondex
c/o Prentiss Hall Corporation Systems
221 Bolivar Street, Suite 300
Jefferson City, Missouri 65101

Brandon Drying Fabrics, Inc.
f/k/a Brandon Sales Company, Inc.
Through Their Agent for Service of Process
Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

Brasa, Inc.
Through Its Agent for Service of Process:
Paul J. Carter
Puckett Ferry Road or 801 Reynolds Avenue
Greenwood, South Carolina 29648

C. E. Thurston and Son, Inc.
c/o William W. Nexsen, Esq.
Stoackhouse, Smith & Nexsen
P.O. Box 3640
Norfolk, Virginia  23510

Certainteed Corporation
A Delaware Corporation
c/o Its Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Champion International Corp.
c/o Susan Jackson
Corporate Legal Affairs
1 Champion Plaza
Stamford, Connecticut 06921

Cleaver-Brooks Co.
c/o Ronald G. Thimm, President
7800 North 113th Street
Milwaukee, Wisconsin 53201

Cleaver-Brooks Division of Aqua-Chem, Inc.
c/o Its Registered Agent:
C. T. Corporation
1635 Market Street
Philadelphia, Pennsylvania 19103

Coastal Rubber & Gasket Co., Inc. A/K/A Industrial Rubber & Specialty Company
c/o Its Registered Agent: Greg Herbert
715 E. McDowell Rd.
Jackson, Mississippi 39204-5908

Combustion Engineering, Inc.
A Delaware Corporation
c/o Its Registered Agent:
C.T. Corporation Systems
631 Lakeland Drive East
Flowood, Mississippi 39208

Congoleum Corporation (f/k/a Congoleum, Nairn, Inc.)
A Delaware Corporation
861 Sloan Avenue
Trenton, New Jersey 09619

Cooper Industries
c/o Its Registered Agent:
C. T. Corporation Systems
631 Lakeland Drive East
Flowood, Mississippi 39208

Crane Company
c/o C T Corporation
350 N. St. Paul Street
Dallas, Texas 75201

Crossfield Products Corporation
c/o C T Corporation
631 Lakeland East Drive
Flowood, Mississippi 39208

Crown, Cork & Seal
As Successor-in-interest to Mundet Cork Corp.
A New York Corporation
Through its Registered Agent:
C. T. Corporation Systems
350 N. St. Paul Street
Dallas, Texas 75201

Dana Corporation
c/o Its Registered Agent:
The Corporation Company
2000 Interstate Park Dr. Suite 204
Montgomery, Alabama 36109

Durabla Manufacturing Company
A Pennsylvania Corporation
c/o Its Registered Address
140 Sheree Blvd.
Lionville, Pennsylvania 19353

Ferro Engineering d/b/a Oglebay Norton Company
By and Through the Secretary of State
1100 Superior Avenue
Cleveland, Ohio 44114

The Flintkote Company
A Delaware Corporation
c/o Its Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Foster-Wheeler Corporation
c/o Its Registered Agent:
U S Corporation Company
506 S. President Street
Jackson, Mississippi 39201

Garlock, Incorporated
An Ohio Corporation
c/o C. T. Corporation Systems
631 Lakeland East Drive.
Flowood, Mississippi  39208

General Electric Co.
c/o Its Registered Agent:
C.T. Corporation Systems
631 Lakeland East Drive
Flowood, Mississippi 39208

General Refractories Company
A Pennsylvania Corporation
225  Cityline Avenue
Bala Cynwyd, Pennsylvania 19001

Georgia-Pacific Corporation
A Georgia Corporation
c/o Its Registered Agent:
C. T. Corporation Systems
631 Lakeland East Drive
Flowood, Mississippi 39208

Goodyear Tire & Rubber Co.
c/o Its Registered Agent:
C.T. Corporation Systems
631 Lakeland East Drive
Flowood, Mississippi  39208

Gulf Belting & Gasket Company, Inc.
A Louisiana Corporation
c/o Its Registered Agent:
Theodore J. Bourgeois
4612 Jeanette Drive
Metairie, LA 70003

A-6

Gulf Coast Marine Supply Company
An Alabama Corporation
c/o Its Registered Agent:
Gordon U. Sanford, Jr.
Bayou Casotte Road (a/k/a Industrial Road)
P.O. Box 1117
Pascagoula, Mississippi 39581

Homer C. Porter & Sons, Inc.
825 College Street
Jackson, Mississippi 39202

Honeywell International Inc. f/k/a AlliedSignal Corp.
as successor in interest of Bendix Corporation
A Delaware Corporation
c/o Its Registered Agent:
C.T. Corporation Company
2000 Interstate Park Dr., Suite 204
Montgomery, Alabama 36109

Hopeman Brothers Inc.
A Delaware Corporation
Individually and as successor in interest to its former wholly-owned subsidiary,
Wayne Manufacturing Company, Inc.
c/o Its Registered Agent:
C.T. Corporation Systems
631 Lakeland East Drive
Flowood, Mississippi 39208

IMO Industries, Inc.  Formerly IMO De Laval; Formerly TransAmerica De Laval;
Formerly De Laval Turbine
A Delaware Corporation
c/o Its Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

A-7

Industrial Holdings Corporation f/k/a The Carborundum Company
A Delaware Corporation
c/o Its Registered Agent:
C T Corporation Systems
111 Eighth Avenue
New York, New York 10011

Industrial Rubber & Specialty Company, f/k/a Coastal Rubber & Gasket Co., Inc.
c/o Its Registered Agent:
Greg Herbert
715 E. McDowell Rd.
Jackson, Mississippi 39204-5908

Ingersoll-Rand Company
A New Jersey Corporation
c/o Its Registered Agent:
C. T. Corporation Systems
631 Lakeland Drive East
Flowood, Mississippi 39208

John Crane
f/k/a John Crane Packing Company
A Delaware Corporation
c/o Its Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1201 Orange Street
Wilmington, Delaware   19801

Kelly Boilers
address unknown

Komp Equipment, Inc.
c/o Its Registered Agent:
George B. Komp, III
319 E. Pine Street
Hattiesburg, Mississippi 39401

Lockheed Martin Corporation
c/o Its Registered Agent:
U S Corporation Company
506 S. President Street
Jackson, Mississippi  39201-3501

Maremont
a Delaware Corporation
c/o Its Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19807

Marine Specialty Company, Inc.
An Alabama Corporation
c/o Its Registered Agent:
Saundra Byrd
1536 Gardner Blvd., Unit #404
Columbus, Mississippi 39702

Metropolitan Life Insurance Company
A Delaware Corporation
c/o Its Registered Agent:
C T Corporation
631 Lakeland East Drive
Flowood, Mississippi 39208

3M Company a/k/a/ Minnesota Mining and Manufacturing
a Delaware corporation
c/o Roger P. Smith
3M Center
St. Paul, Minnesota  55144

Mississippi Rubber & Specialty Co.
c/o Its Registered Agent:
Greg Herbert, Esq.
715 E. McDowell Road
Jackson, Mississippi 39402-5908

Mobil Oil Corporation
c/o Its Registered Agent:
Prentice-Hall Corporation Systems, Inc.
57 Adams Avenue
Montgomery, Alabama 36104

Monsanto Company
c/o C. T. Corporation Systems
631 E. Lakeland Drive
Flowood, Mississippi  39208

Mt. Vernon Mills, Inc.
Through Its Agent for Service of Process:
C.T. Corporation
225 Hillsborough Street
Raleigh, North Carolina 27603

Mt. Vernon Dryer Felt Company
A Division of Mt. Vernon Mills
Through their Agent for Service of Process:
C.T. Corporation
75 Beattie Place
Two Shelter Center
Greenville, SC 29601

National Services Industries, Inc.  F/K/A North Brothers Company
c/o Its Registered Agent: Corporation Service Company
506 South President Street
Jackson, Mississippi 39201

Niagara Lockport Industries, Inc.
11120 Capital Boulevard
Wake Forest, North Carolina 27587

Owens-Illinois, Inc.
An Ohio Corporation
c/o Its Registered Agent:
The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

PFIZER, Inc., Individually and as
Successor in Interest to Quigley Company
799 Main Street
Hartford, Connecticut
c/o Its Registered Agent:
C. T. Corporation Systems
631 Lakeland East Drive
Flowood, Mississippi  39208

Pfizer/Quigley Company, Inc.
Its Registered Agent:
C.T. Corporation Systems, Inc.
350 North St.  Paul Street
Dallas, Texas 75201

Rapid America Corporation
Rapid American Corporation is the successor-in interest to the liability of the Philip Carey
Corporation as the result of an express assumption of all liabilities and merger with the Glen Allen
Corporation, the predecessor-in-interest to Rapid American Corporation.  Prior to its merger with
Rapid American, the Glen Allen Corporation, in 1967 merged with and expressly assumed the
liabilities of the Philip Carey Manufacturing Company.
c/o the McCrory Corporation
1700 Broadway
New York, New York 10019

Riley Stoker Corporation D/B/A Riley, Inc.
2000 Interstate Park Dr., Suite 204
Montgomery, Alabama 36109

SB Decking, Inc., f/k/a Selby, Battersby & Co.
A Delaware Corporation
c/o Hecker, Brown, Sherry, and Johnson
1700 Two Logan Square
18th and Arch Streets
Philadelphia, Pennsylvania 19103-2769

Scapa Dryers, Inc.
c/o Quintin T. Hartner
11th Floor, Midsouth Tower
Shreveport, Louisiana 71101

Scapa Waycross, Inc.
Scapa Fabrics, Inc.
Scapa Group, Inc. (Voight)
A North Carolina Corporation
2500 Scapa Road
Waycross, Georgia  31502-1949

Sepco Corporation
c/o Its Registered Agent:
C. T. Corporation Systems
350 N. St. Paul St.
Suite 2900
Dallas, Texas  75201

Standard Equipment Company, Inc.
An Alabama Corporation
c/o Its Registered Agent:
E. Burnley Davis
75 Beauregard Street
Mobile, Alabama 36601

Texaco, Inc.
c/o Its President
2000 Westchester Avenue
White Plains, New York 10650

Titusville Iron Works Company
c/o Its President
315 S. Franklin St.
Titusville, Pennsylvania 16354

Turner Supply Co.
c/o Its Registered Agent:
John R. Jones
1457 West Drive
Laurel, Mississippi 39440

U. C. Realty Corp., Formerly MHC Holding and Land Corporation,
Formerly Homecrafters Centers, Inc., Formerly Moore-Handley, Inc.
c/o Its Registered Agent:
Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

Union Carbide Corporation Formerly known as Union Carbide
Chemical and Plastics Company, Inc.,
c/o its Registered Agent:
C. T. Corporation Systems
631 Lakeland Drive East
Flowood, Mississippi 39208

Uniroyal Fiber & Textile, A Division of Uniroyal, Inc.
N/K/A Uniroyal Holdings, Inc., successor to Uniroyal, Inc.
A New Jersey Corporation
c/o Its Registered Agent:
Prentice-Hall Corporation Systems, Inc.
830 Bear Tavern Road
West Trenton, New Jersey 08608

Viacom, Inc., Successor to Westinghouse Electric Corporation
A Pennsylvania Corporation
c/o Its Registered Address:
Westinghouse Building, Gateway Center
11 Stanwix Street
Pittsburgh, Pennsylvania 15222

VOGT-NEM, Inc.
c/o Its Registered Agent for Service of Process:
C. T. Corporation Systems
631 Lakeland East Drive
Flowood, Mississippi  39208

Weavexx Corporation
Through Its agent for Service of Process:
C.T. Corporation
225 Hillsborough Street
Raleigh, North Carolina 27603

Wheeler Sales Company f/k/a Wheeler Protective Apparel Corporation
c/o Robert W. Wilkinson, Esquire
Dogan and Wilkinson, PLLC
726 Delmas Avenue
Pascagoula, Mississippi  39568

Worthington Corp.
c/o Corporation Service Company
2711 Centerville Rd., Suite 400
Wilmington, Delaware 19808-1645

York International Corporation
A Delaware Corporation
formerly Borg-Warner Air Conditioning, Inc.
c/o Its Registered Agent:
C. T. Corporation Systems
631 Lakeland Drive East
Flowood, Mississippi  39208

Zurn Industries, Inc.
c/o Its Registered Agent:
C. T. Corporation Systems
1635 Market Street
Philadelphia, Pennsylvania 19103

And fictitious or unknown parties defendant, A through Z, who are unknown to Plaintiff at this time.

At the present time the following defendants are under the protection of the federal bankruptcy laws or other restraining orders which prevent their being sued in this suit; but for this prohibition, these defendants would be named a party defendant in this action.

A C & S (Armstrong Contracting Supply Corp.)
A Delaware Corporation
Through its Agent for Service of Process:
C.T. Corporation Systems
350 N. St. Paul, Suite 2900
Dallas, Texas 75701

A. P. Green Industries, Inc.
c/o its Registered Agent:  C. T. Corporation Systems
631 Lakeland Drive East
Flowood, Mississippi  39208

Amatex Corporation
Sterigere & Stanbridge Street
Norristown, Pennsylvania 19404

A-14

ALSWORTH, ET AL. v. SCAPA, ET AL.

1:05 cv41 WJG

## EXHIBIT "B" - FIRST AMENDED COMPLAINT

Abney Mills
Through their Agent for Service of Process:
Paul Carter
Puckett Ferry Road or 801 Reynolds Street
Greenwood, South Carolina 29648

AC & S (Armstrong Contracting Supply Corp.)
A Delaware Corporation
Through its Agent: C.T. Corporation System
350 N. St. Paul, Suite 2900
Dallas, Texas 75201

Albany International
Through their agent for service of Process:
C.T. Corporation
8550 United Plaza Boulevard
Baton Rough, LA 70809

Allied Equipment, Inc.
Highway 80 W
Jackson, Mississippi

AMCHEM
A Foreign Corporation
C/O C. T. Corporation Systems
631 Lakeland Drive
Flowood, MS   39208

American Standard
c/o C T Corporation Systems
631 Lakeland East Drive
Flowood, Mississippi 39208

American Sterilizer

Anchor Packing Company
A Delaware Corporation
C/O Its Registered Agent: The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19801

Anco Insulations, Inc.
C/O Its Registered Agent:  C. T. Corporation System
631 Lakeland East Drive
Flowood, MS   39208

A. P. Green Industries, Inc.
c/o its Registered Agent: C. T. Corporation Systems
631 Lakeland Drive East
Flowood, Mississippi  39208

A. W. Chesterton Company
A Massachusetts Corporation
Route 93, Middlesex Industrial Park
Stoneham, MA  02182

Asarco
C/O Its Registered Agent: The Corporation Company
2000 Interstate Park Dr. Suite 204
Montgomery, AL 36109

Ashland, Inc. F/K/A Ashland Oil, Inc.
c/o C. T. Corporation System
631 Lakeland East Drive
Flowood, MS  39232

Asten-Hill
A Delaware Corporation
1635 Market Street, Suite 1120
Philadelphia, PA 19103

Asten, Inc.
C/O Its Registered Agent: Corporation Service Company
320 Somerulos Street
Baton Rouge, Louisiana 70802

Asten Johnson, Inc.
C/O Its Registered Agent: William Finn
Highway 15 North
Walterboro, South Carolina 29488

Belmont Packing Company
2661 Audubon Road
Audubon, PA 19407

BF Goodrich
c/o CT Corporation Systems
225 Hillsborough Street
Raleigh, NC 27603

Brandon Drying Fabrics, Inc.
f/k/a Brandon Sales Company, Inc.
Through their agent for service of process
Corporation Trust Company
1209 Orange Street
Wilmington, Delaware 19801

Brasa, Inc.
Through their agent for service of Process:
Paul J. Carter
Puckett Ferry Road or 801 Reynolds Avenue
Greenwood, South Carolina 29648

Carey Manufacturing Company
C/O The McCrory Corporation
1700 Broadway
New York, NY 10019

C. E. Thurston and Son, Inc.
C/O William W. Nexsen, Esq.
Stoackhouse, Smith & Nexsen
P.O. Box 3640
Norfolk, Virginia  23510

Certainteed Corporation
A Delaware Corporation
C/O Its Registered Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Champion International Corp.
C/O Susan Jackson
Corporate Legal Affairs
1 Champion Plaza
Stamford, Connecticut 06921

Cleaver-Brooks Co.
C/O Its President, Ronald G. Thimm
7800 North 113th Street
Milwaukee, Wisconsin 53201

Cleaver-Brooks Division of Aqua-Chem, Inc.
C/O Its Registered Agent, C. T. Corporation
1635 Market Street
Philadelphia, Pennsylvania 19103

Coastal Rubber & Gasket Co., Inc. A/K/A Industrial Rubber & Specialty Company
C/O Its Registered Agent: Greg Herbert
715 E. McDowell Rd.
Jackson, Mississippi 39204-5908

Combustion Engineering, Inc.
A Delaware Corporation
C/O Its Registered Agent: C.T. Corporation Systems
631 Lakeland Drive East
Flowood, MS 39208

Congolium Corporation (f/k/a Congoleum, Nairn, Inc.)
A Delaware Corporation
861 Sloan Avenue
Trenton, NJ 09619

Cooper Industries
C/O Its Registered Agent, C. T. Corporation Systems
631 Lakeland Drive East
Flowood, MS 39208

Crossfield Products Corporation
4407 Meridian Street
Moss Point, MS   39563
or P.O. Box 322
Pascagoula, MS   39568

Crown, Cork & Seal
As Successor-in-interest to Mundet Cork Corp.
A New York Corporation
through its Registered Agent: C. T. Corporation Systems
350 N. St. Paul Street
Dallas, Texas 75201

Dana Corporation
C/O Its Registered Agent: The Corporation Company
2000 Interstate Park Dr. Suite 204
Montgomery, AL 36109

Dowelanco LLC
Individually and as Successor in
Interest to Union Carbide Corporation
9330 Zionsville Road
Indianapolis, IN  46268-5400
C/O Its Registered Agent: C. T. Corporation
631 Lakeland East Drive
Flowood, MS  39208

Dresser Industries, Inc., Individually and as Successor-In-Interest
to Harbison Walker Refractories and Worthington Corporation and as
the alter ego of Indresco, Inc.
A Delaware Corporation
C/O Its Registered Agents: Corporation Services Company
631 Lakeland East Drive
Flowood, MS 39208

Durabla Mfg. Company
A Pennsylvania Corporation
C/O Its Registered Address
140 Sheree Blvd.
Lionville, PA 19353

Ferro Engineering d/b/a Oglebay Norton Company
By and Through Secretary of State
1100 Superior Avenue
Cleveland, Ohio  44114

The Flintkote Company
A Delaware Corporation
C/O Its Registered Agent: The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Foster-Wheeler Corporation
A New York Corporation
C/O Its Registered Agent: U S Corporation Company
506 S. President St.
Jackson, Mississippi 39201

Garlock, Incorporated
An Ohio Corporation
C/O Its Registered Agent: C.T. Corporation System
815 Superior Avenue N.E.
Cleveland, OH 44114

General Electric Co.
C/O Its Registered Agent: C.T. Corporation System
631 Lakeland East Drive
Flowood, MS 39208

General Refractories Company
A Pennsylvania Corporation
225 Cityline Avenue
Bala Cynwyd, PA 19001

Georgia-Pacific Corporation
A Georgia Corporation
C/O Its Registered Agent: C. T. Corporation System
631 Lakeland East Drive
Flowood, MS 39208

Goodyear Tire & Rubber Co.
C/O Its Registered Agent: C.T. Corporation Systems
631 Lakeland East Drive
Flowood, Mississippi 39208

Gulf Belting & Gasket Company, Inc.
A Louisiana Corporation
C/O Its Registered Agent: Theodore J. Bourgeois
4612 Jeanette Drive
Metairie, LA 70003

Gulf Coast Marine Supply Company
An Alabama Corporation
C/O Its Registered Agent: Gordon U. Sanford, Jr.
Bayou Casotte Road (a/k/a Industrial Road)
P.O. Box 1117
Pascagoula, MS 39581

Halliburton Company
Individually and as Successor
In Interest to Dresser Industries, Inc.
3600 Lincoln Plaza
500 N. Akard Street
Dallas, TX   75201
C/O Its Registered Agent: C. T. Corporation System
631 Lakeland East Drive
Flowood, Mississippi  39208

Homer C. Porter & Sons, Inc.
825 College Street
Jackson, Mississippi  39202

Honeywell International Inc. f/k/a AlliedSignal Corp.
as successor in interest of Bendix Corporation
A Delaware Corporation
C/O Its Registered Agent: C.T. Corporation Company
2000 Interstate Park Dr., Suite 204
Montgomery, Alabama 36109

Hopeman Brothers Inc.
A Delaware Corporation
(Individually and as successor in interest to its former wholly-owned subsidiary,
Wayne Manufacturing Company, Inc.)
C/O Its Registered Agent:  C.T. Corporation System
631 Lakeland East Drive
Flowood, Mississippi  39208

Hyuck Felt Company f/k/a Weavexx
Through their agent for service of process:
C.T. Corporation
225 Hillsborough Street
Raleigh, North Carolina 27603

IMO Industries, Inc.  Formerly IMO De Laval; Formerly TransAmerica De Laval;
Formerly De Laval Turbine
A Delaware Corporation
C/O Its Registered Agent:  The Corporation Trust Company
Corporation Trust Center
1209 Orange Sstreet
Wilmington, DE   19801

Industrial Holdings Corporation f/k/a The Carborundum Company
a Delaware corporation
C/O Its Registered Agent:  C T Corporation System
111 Eighth Avenue
New York, New York 10011

Industrial Rubber & Specialty Company
Formerly known as Coastal Rubber & Gasket Co., Inc.
C/O Its Registered Agent: Greg Herbert
715 E. McDowell Rd.
Jackson, MS 39204-5908

Indresco, Inc., A Delaware Corporation
Individually and as Successor-In-Interest to Harbison-Walker
Refractories and Worthington Corporation
C/O Its Registered Agent: C.T. Corporation System
631 Lakeland East Drive
Flowood, MS 39208

Ingersoll-Rand Company
A New Jersey Corporation
C/O Its Registered Agent: C. T. Corporation Systems
631 Lakeland Drive East
Flowood, MS 39208

John Crane
f/k/a John Crane Packing Company
A Delaware Corporation
C/O Its Registered Agent:  The Corporation Trust Center
1201 Orange Street
Wilmington, DE   19801

J. T. Thorpe Company
A Texas Corporation Company
C/O Its Registered Agent: The Corporation Company
2000 Interstate Park Dr.,  Suite 204
Montgomery, Alabama 36109

Kaiser Aluminum and Chemical Corporation
C/O Its Registered Agent: C. T. Corporation Systems
631 Lakeland East Drive
Flowood, Mississippi 38655

Kelly Boilers

Komp Equipment, Inc.
C/O Its Registered Agent: George B. Komp, III
319 E. Pine Street
Hattiesburg, MS 39401

Lockheed Martin Corporation
C/O Its Registered Agent: U S Corporation Company
506 S. President Street
Jackson, MS  39201-3501

Maremont
a Delaware corporation
C/O Its Registered Agent: Corporation Trust Company
The Corporation Trust Center
1209 Orange Street
Wilmington, Delaware 19807

Marine Specialty Company, Inc.
An Alabama Corporation
C/O Its Registered Agent: Saundra Byrd
1536 Gardner Blvd., Unit #404
Columbus, MS 39702

Metropolitan Life Insurance Company
A Delaware Corporation
C/O Its Registered Agent: C T Corporation
631 Lakeland East Drive
Flowood, Mississippi 39208

3M a/k/a/ Minnesota Mining and Manufacturing
C/O Its Registered Agent: CT Corporation Systems
401 2nd Avenue South
Minneapolis, Minnesota 55401

Mississippi Rubber & Specialty Co.
C/O Its Registered Agent: Greg Herbert, Esq.
715 E. McDowell Road
Jackson, Mississippi 39402-5908

Mobil Oil Corporation
C/O Its Registered Agent: Prentice-Hall Corporation Systems, Inc.
57 Adams Avenue
Montgomery, AL 36104

Mt. Vernon Mills, Inc.
Through their agent for service of Process:
C.T. Corporation
225 Hillsborough Street
Raleigh, North Carolina 27603

Mt. Vernon Dryer Felt Company
a division of Mt. Vernon Mills
Through their agent for service of Process:
C.T. Corporation
75 Beattie Place
Two Shelter Center
Greenville, SC 29601

National Services Industries, Inc.  F/K/A North Brothers Company
C/O Its Registered Agent: Corporation Service Company
506 South President Street
Jackson, MS 39201

North America Refractories Company
C/O Corporation Company
2000 Interstate Park Dr., Suite 204
Montgomery, Alabama 36109

Owens-Illinois, Inc.
An Ohio Corporation
C/O Its Registered Agent:  The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

PFIZER, Inc., Individually and as
Successor in Interest to
Quigley Company
799 Main Street
Hartford, CT
C/O Its Registered Agent:  C. T. Corporation System
631 Lakeland East Drive
Flowood, Mississippi  39208

Pfizer/Quigley Company, Inc.
Its Registered Agent: C.T. Corporation Systems, Inc.
350 North St.  Paul Street
Dallas, Texas 75201

Rapid America Corporation
Rapid American Corporation is the successor-in interest to the liability of the Philip Carey
Corporation as the result of an express assumption of all liabilities and merger with the Glen Allen
Corporation, the predecessor-in-interest to Rapid American Corporation.  Prior to its merger with
Rapid American, the Glen Allen Corporation, in 1967 merged with and expressly assumed the
liabilities of the Philip Carey Manufacturing Company.
C/O the McCrory Corporation
1700 Broadway
New York, NY 10019

Riley Stoker Corporation D/B/A Riley, Inc.
2000 Interstate Park Dr., Suite 204
Montgomery, AL 36109

SB Decking, Inc., f/k/a Selby, Battersby & Co.
A Delaware Corporation
C/O Hecker, Brown, Sherry, and Johnson
1700 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2769

Scapa Dryers, Inc.
C/O Quintin T. Hartner
11th Floor, Midsouth Tower
Shreveport, LA 71101

Scapa Waycross, Inc.
Scapa Fabrics, Inc.
Scapa Group, Inc. (Voight)
A North Carolina Corporation
2500 Scapa Road
Waycross, Georgia  31502-1949

Sepco Corporation
C/O its registered agent:  C. T. Corporation System
350 N. St. Paul St.
Suite 2900
Dallas, Texas  75201

Standard Equipment Company, Inc.
An Alabama Corporation
C/O Its Registered Agent:  E. Burnley Davis
75 Beauregard Street
Mobile, AL 36601

Texaco, Inc.
c/o Its President
2000 Westchester Avenue
White Plains, NY 10650

Titusville Iron Works Company
c/o Its President
315 S. Franklin St.
Titusville, PA 16354

Turner Supply Co.
C/O Its Registered Agent: John R. Jones
1457 West Drive
Laurel, MS 39440

U. C. Realty Corp., Formerly MHC Holding and Land Corporation,
Formerly Homecrafters Centers, Inc., Formerly Moore-Handley, Inc.
C/O Its Registered Agent: Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Dow/Union Carbide Corporation Formerly known as Union Carbide
Chemical and Plastics Company, Inc.,
C/O its Registered Agent: C. T. Corporation Systems
631 Lakeland Drive East
Flowood, MS 39208

Uniroyal Fiber & Textile Division of Uniroyal, Inc.
N/K/A Uniroyal Holdings, Inc., successor to Uniroyal, Inc.
A New Jersey Corporation
C/O Its Registered Agent: Prentice-Hall Corporation System, Inc.
830 Bear Tavern Road
West Trenton, NJ 08608

United States Gypsum Corporation
C/O Its Registered Agent:  C.T Corporation Systems
631 Lakeland East Drive
Jackson, Mississippi  39208

U. S. Mineral
A Texas Corporation
C/O Its Registered Agent:  Mr. Dane Hudnae
5511 Parkcrest, Suite 109
Austin, Texas 78731

Viacom, Inc., Successor to Westinghouse Electric Corporation
A Pennsylvania Corporation
C/O Its Registered Address:
Westinghouse Building, Gateway Center
11 Stanwix Street
Pittsburgh, PA 15222

VOGT-NEM, Inc.
c/o Its Registered Agent for Service of Process:
631 Lakeland East Drive
Flowood, MS  39208

Wheeler Sales Company f/k/a Wheeler Protective Apparel Corporation
C/O Robert W. Wilkinson, Esquire
Dogan and Wilkinson, PLLC
726 Delmas Avenue
Pascagoula, MS  39568

Worthington Corp.
C/O Corporation Service Company
2711 Centerville Rd., Suite 400
Wilmington, Delaware 19808-1645

York International Corporation formerly Borg-Warner Air Conditioning, Inc.
A Delaware Corporation
formerly Borg-Warner Air Conditioning, Inc.
C/O Its Registered Agent:  C. T. Corporation System
631 Lakeland Drive East
Flowood, MS   39208

Zurn Industries, Inc.
c/o Its Registered Agent:  C. T. Corporation System
1635 Market Street
Philadelphia, Pennsylvania 19103

Bondex
address unknown at present

Crane Company
c/o C T Corporation
350 N. St. Paul St.
Dallas, TX  75201

Niagara Lockport Industries, Inc.
11120 Capital Boulevard
Wake Forest, North Carolina

Weavexx Corporation
Through their agent for service of process:
C.T. Corporation
225 Hillsborough Street
Raleigh, North Carolina 27603


And fictitious or unknown parties defendant, A through Z, who are
unknown to Plaintiff at this time.


**Total:  94 Defendants**